FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 02 2016 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YOLANDA ORTIZ

               Plaintiff,

- against -

RAPID ARMORED CORPORATION, PAY-O-MATIC CHECK CASHING CORP., ROBIN MILES, CECILE EDINBORO, AND JOHN DOES 1-10.

               Defendants.

Civil Action No. 1:16-CV-03743
(JBW)(LB)

**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

---

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants, by and through their undersigned counsel, that the time for Defendants to answer, move, or otherwise respond to Plaintiff's Amended Complaint is extended until December 30, 2016. The parties have agreed to conduct a private mediation of this matter and are in the process of finding a mutually convenient date. Based on the mediator's schedule, the mediation will most likely be scheduled for a date in December 2016.

| | |
|---|---|
| Steven Arenson<br>Arenson, Dittmar & Karban<br>295 Madison Avenue, Suite 700<br>New York, New York 10017 | JACKSON LEWIS P.C.<br>666 Third Avenue, 29th Floor<br>New York, New York 10017 |
| By:   s/ Steven Arenson<br>       Steven Arenson | By:   s/ Diane Windholz<br>       Diane Windholz<br>       Shawn N. Butte |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
| Dated: October 31, 2016 | Dated: October 28, 2016 |

So Ordered: /S/ Judge Lois Bloom
11/2/16    Lois Bloom
            U.S. Magistrate Judge

*Defendants shall respond to plaintiff's complaint by 1/10/17. Should the parties resolve the case through mediation, they shall file a motion to approve the settlement as required by Cheeks, 796 F.3d 199 (2d Cir 2015).*